*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015                    519266
_____

In the Matter of the Claim of
    LOREEN KALISHER,
                    Appellant.

COMMISSIONER OF LABOR,                    MEMORANDUM AND ORDER
                    Respondent.
_____

Calendar Date:   December 2, 2014

Before:   Lahtinen, J.P., McCarthy, Rose and Devine, JJ.

                    _____


        Loreen Kalisher, Hicksville, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

                    _____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed August 21, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because her employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court